**Ted A. MCCRACKEN, Plaintiff—Appellant,**

v.

**Daniel Patrick FASS, Defendant—Appellee.**

No. 05–1818.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2005.

Decided: Dec. 20, 2005.

Ted A. McCracken, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ted A. McCracken appeals the district court's dismissal of his civil action alleging defamation, retaliation, malicious prosecution, and intentional infliction of emotional distress and imposition of a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCracken v. Fass*, No. 05–298–5–BO (E.D.N.C. June 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*